AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Erickson, Ralph R | 2. Court or Organization<br><br>District of North Dakota | 3. Date of Report<br><br>05/06/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Quentin Burdick US Courthouse<br>655 1st Ave. N., Ste. 410<br>Fargo, ND 58102-4952 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Personal Representative | Estate #1 |
| 2. Trustee | Trust #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/15/88 | 401K Ohnstad Twichell, P.C. |
| 2. 2/15/93 | NDPERS County Retirement Plan |
| 3. 1/02/05 | NDPERS State Judicial Retirement Plan |
| 4. 12/31/96 | 457(b) Plan State of North Dakota |

RECEIVED 2008 MAY 19 A 11:47 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/07 | Self-employed Optometrist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Notre Dame | Sept. 9-10, 2007 | Notre Dame, IN ▬ | Guest Lecturer | Transportation, food, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Erickson, Ralph R | • | 05/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AWSHX | A | Dividend | J | T | | | | | |
| 2. AGR B (X) | | None | | | merger LSI | 04/07 | J | | |
| 3. Lsi Logic Corp. | | None | J | T | | | | | |
| 4. Avaya, Inc., common stock | | None | | | sell | 10/07 | J | A | |
| 5. Intel, Inc., common stock | A | Dividend | J | T | | | | | |
| 6. Alcatel Lucent common stock | | None | J | T | | | | | |
| 7. Oakmark Select, mutual fund | A | Dividend | J | T | | | | | |
| 8. Proctor & Gamble, common stock | A | Dividend | J | T | | | | | |
| 9. Wells Fargo & Co., common stock | A | Dividend | J | T | | | | | |
| 10. PIMCO High Yield Fund #108, Alerus Financial (SEP IRA) PHIYX | A | Interest | J | T | | | | | |
| 11. Federated Kaufmann Small Cap Alerus SEP IRA SEP IRA FKASX | A | Dividend | K | T | | | | | |
| 12. Goldman Sachs Real Estate Securities Fund #639 SEP IRA GREIX | A | Dividend | J | T | | | | | |
| 13. Fidelity Advisors Midcap Fund #533 Alerus SEP IRA FMCCX | A | Dividend | L | T | | | | | |
| 14. Pimco Commodity Real Return Strategy Fund Inst. #45 SEP IRA | A | Dividend | J | T | buy | * | J | | |
| 15. Goldman Sachs Core US Equity Alerus SEP IRA GSELX | A | Dividend | | | sell | 05/07 | L | B | |
| 16. Oppenheimer Real Asset Fund Alerus SEP IRA ORAYX | A | Dividend | | | sell | * | J | A | |
| 17. Royce Opportunity Fund Alerus SEP IRA RYPNX | A | Dividend | | | sell | 2/26 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard 500 Index Admiral Shares Fund ▇ SEP IRA | A | Dividend | | | buy | 5/07 | L | | |
| 19. Vanguard 500 Index Admiral Shares Fund ▇ SEP IRA | A | Dividend | | | Exchanged | 10/07 | L | A | |
| 20. Vanguard 500 Index Signal Shares Fund ▇ | A | Dividend | L | T | Exchanged | 10/07 | L | | |
| 21. Fidelity Investors Diversified Int. Fd. Alerus SEP FDVIX | A | Dividend | K | T | | | | | |
| 22. Northern Instutional Funds Prime Obligations Alerus SEP | A | Int./Div. | J | T | buy | 3/31 | J | | |
| 23. Federated Capital Reserve Fund, State Bank & Trust (X) 401K | A | Dividend | K | T | | | | | |
| 24. ING Aetna 457(b) ING (Aetna) VP Index Plus Large Cap. | A | Div. & Int. | K | T | | | | | |
| 25. ING Aetna 457(b) Fidelity VIP Growth Portfolio 109 | A | Div. & Int. | K | T | | | | | |
| 26. ING Aetna 457(b) T.Rowe Price MC Gr-Init-449 | A | Dividend | J | T | | | | | |
| 27. ING Aetna 457(b) Oppenheimer Global Pt-Init--432 | A | Dividend | J | T | | | | | |
| 28. Gate City Savings--Savings Account | A | Interest | J | T | | | | | |
| 29. Digital Broadcast Corporation | | None | J | W | | | | | |
| 30. Phoenix Life Insurance Policy Trust #1 | D | Int./Div. | M | T | | | | | |
| 31. Guardian Insurance▇ Life Insurance Cash Value) | C | Dividend | L | T | | | | | |
| 32. Guardian Insurance (Cash Value) | A | Dividend | K | T | | | | | |
| 33. Guardian Insurance (Cash Value) | B | Dividend | K | T | | | | | |
| 34. Jackson National Life ▇ Life Insurance) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Sec. I Line 1, All assets of the estate have been distributed and the estate is closed.

Sec. VII Line 15. Oppenheimer Real Asset Fund was sold on December 19, 2006. This sale was inadvertantly left off of the 2006 report.

Sec. VII Line 14. Pimco Commodity Real Return Strategy Fund was purchased with proceeds from Oppenheimer Real Asset fund in Dec. 2006. This purchase was inadvertantly left off the 2006 report.

Sec. VII Lines 19 through 20. Vanguard 500 Index Admiral shares were exchanged for Vanguard 500 Index Signal Shares ▮▮▮ This was a book transaction with no gain or loss.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544